FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 10 2006 ★

BROOKLYN OFFICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-Z-1091 (BNB)

Virginia Ann Bishop, Plaintiff,

v.

CV04-3525 (JBW)

Eli Lilly and Company, Defendant.

## STIPULATION FOR DISMISSAL

Pursuant to F.R.C.P. 41, Comes Now, the Plaintiff, Virginia Ann Bishop, by and through her undersigned counsel, and Defendant, Eli Lilly and Company, by and through its undersigned counsel, and hereby request that all claims and potential claims between them in the above-referenced action be dismissed, with prejudice, each party to pay its own costs and attorney's fees.

It is further stipulated that the court may enter an order in accordance with the stipulation without further application by either party, and without further notice.

/s/ Michael S. Burg
Michael S. Burg
BURG SIMPSON ELDREDGE HERSH &
JARDINE, P.C.
40 Inverness Drive East
Englewood, Colorado 80012-2866
Tel: 303 792-5595
Fax: 303 708-0527
Email: mburg@burgsimpson.com
Attorney for Virginia Ann Bishop

/s/ Amy L. Padden
Amy L. Padden.
WHEELER TRIGG KENNEDY LLP
1801 California St., Ste. 3600
Denver, CO 80202
Tel: 303 866-2296
Fax: (303) 294-1879
Attorneys for Eli Lilly and Company